UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | **CV 24-4681-CBM(RAOx)** | Date | SEPTEMBER 12, 2024 |
|---|---|---|---|
| Title | Healthcare Justice Coalition CA Corp. v. Aetna, Inc. et al | | |

Present: The Honorable    CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE

| Yolanda Skipper | Suzanne McKennon |
|---|---|
| Deputy Clerk | Court Reporter |

Attorneys Present for Plaintiffs:                Attorneys Present for Defendants:

Gary L. Tysch                                David B.Carpenter

**Proceedings:    HEARING RE: PLAINTIFF'S MOTION TO REMAND FOR LACK OF FEDERAL SUBJECT MATTER JURISDICTION [20]**

The case is called and counsel state their appearances.  The Court and counsel confer.

Following oral argument, the Court advises counsel that the motion is taken under submission and a written order will issue.

IT IS SO ORDERED.

cc: all parties

                                                                __: 39